IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 06-cv-01338-MSK-CBS

ERIC QUICK, and
BRENDA QUICK,

       Plaintiffs,

v.

THE PROVIDENCE NETWORK,

       Defendant.

---

### ORDER OF DISMISSAL WITH PREJUDICE AND TO CLOSE CASE

---

THIS MATTER is before the Court on the "Stipulated Motion for Dismissal With Prejudice" **(#51)** filed March 6, 2007. The Court having reviewed the foregoing:

**ORDERS** that all claims asserted in the above-captioned matter are dismissed with prejudice, each party to bear his, her or its own costs and attorneys' fees incurred in connection with this action. *The Clerk shall close this case.*

Dated this 6th day of March, 2007

                              **BY THE COURT:**

                              */s/ Marcia S. Krieger*

                              Marcia S. Krieger
                              United States District Judge